IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

MARIE GISELE KAMANOU GOUNE,

    Plaintiff,

v.

SWISS INTERNATIONAL AIR LINES,

    Defendant.

---

Civil Action No.

**RULE 7.1 STATEMENT**

Docket No.:

08 CIV. 7153

ROBINSON

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant, SWISS INTERNATIONAL AIR LINES, LTD., certifies that SWISS INTERNATIONAL AIR LINES, LTD. is a wholly owned subsidiary of Deutsche Lufthansa AG.

Dated: August 11, 2008
       White Plains, New York 10606

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By: /s/ Geraldine Cheverko

Geraldine A. Cheverko [ GAC1747]
*Attorneys for Defendant*
SWISS INTERNATIONAL AIR LINES, LTD.
Ten Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909

To:
Marie Gisele Kamanou-Goune
23 Muir Place
New Rochelle, New York 10801

{V0007341.1}