UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Marie Gisele Kamanou Goune

                 Plaintiff(s)

                 v.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 CV 7153 (SCR) (GAY)

Swiss International Air Lines
                 Defendants(s)
------------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

* Do not check if already referred for general pretrial.

DATED: White Plains, New York
8/12/08

**SO ORDERED.**

*Stephen C. Robinson*

United States District Judge
Stephen C. Robinson