## CERTIFICATE OF SERVICE

I, Geraldine A. Cheverko, hereby certify that on August 15, 2008, I caused a true and correct copy of the foregoing **NOTICE TO PRO SE LITIGANT WHO OPPOSES A RULE 12 MOTION SUPPORT BY MATTERS OUTSIDE PLEADINGS** to be served upon the plaintiff who is representing herself *pro se*:

Marie Gisele Kamanou-Goune
23 Muir Place
New Rochelle, New York 10801


_____s/ Geraldine A. Cheverko_____

{V0007341.1}