UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Gowne,

            -v-

Swiss

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE  Yanthis

08 Civ. 7153 (SCR)(GAY)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ For jury selection

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

[USDC SDNY stamp]

* Do not check if already referred for general pretrial.

DATED:  White Plains, New York
            8/20/08

SO ORDERED.

*Stephen C. Robinson*
United States District Judge

i:\FORMS\ODREF2MAG